CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| VENICE PI, LLC, | ) |
| Plaintiff, | ) Civil Action No. 5:17-cv-00090 |
| v. | ) |
| APOLONIO CELESTINO, et al., | ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

Before the court is Plaintiff Venice PI, LLC's ("Venice") Voluntary Dismissal of Parties and Action, pursuant to Federal Rule of Civil Procedure 41(a)(1). Venice seeks to voluntarily dismiss all remaining defendants without prejudice. This action is thus **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket.

It is **so ORDERED**.

Entered: 03-25-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge